KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com

Attorneys for Defendants Johnson & Johnson and Ethicon, Inc.

BUTLER SNOW LLP
Anita Modak-Truran *(pro hac vice)*
150 3rd Avenue South, Suite 1600
Nashville, Tennessee 37201
Telephone: (615) 651-6751
Facsimile: (615) 651-6701
Email: anita.modak-truran@butlersnow.com

Attorneys for Defendants Johnson & Johnson and Ethicon, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GAYLE KING,<br><br>  Plaintiff,<br><br>vs.<br><br>ETHICON, INC.; and JOHNSON & JOHNSON,<br><br>  Defendants. | Case No. 2:20-cv-02019-KJD-EJY<br><br>**REQUEST TO STAY** |

   Plaintiff Gayle King and defendants Ethicon, Inc. and Johnson & Johnson (collectively, the "parties") give notice that they have reached a settlement in this action. The parties anticipate submitting dismissal paperwork within the next 90 days.

The parties therefore jointly stipulate and request that all deadlines and other proceedings in this case be stayed for a period of 90 days, until February 8, 2022.

| WETHERALL GROUP, LTD. | KAEMPFER CROWELL |
|---|---|
| /s/ Brad Bradford<br>Peter C. Wetherall, No. 4414<br>9345 W. Sunset Road, Ste. 100<br>Las Vegas, Nevada 89148<br><br>AYLSTOCK WITKIN KREIS & OVERHOLTZ<br>Bryan Aylstock<br>Daniel Thornburgh<br>Brad Bradford<br>17 East Main Street<br>Pensacola, Florida 32502<br><br>SCHLICHTER BOGARD & DENTON<br>Elizabeth M. Wilkins<br>Kristine K. Kraft<br>Roger C. Denton<br>100 South Fourth Street, Suite 900<br>St. Louis, Missouri 63102<br><br>Attorneys for Plaintiff Gayle King | Robert McCoy, No. 9121<br>Sihomara L. Graves, No. 13239<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br><br>BUTLER SNOW LLP<br>Anita Modak-Truran<br>150 3rd Avenue South, Suite 1600<br>Nashville, Tennessee 37201<br>Attorneys for Defendants Johnson<br><br>Attorneys for Defendants Johnson & Johnson and Ethicon, Inc. |

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: 12/16/2021