1    WETHERALL GROUP, LTD.
     Peter C. Wetherall, No. 4414
2    9345 W. Sunset Road, Ste. 100
     Las Vegas, Nevada 89148
3    pwetherall@wetherallgroup.com

4    AYLSTOCK WITKIN KREIS &
     OVERHOLTZ
5    Bryan Aylstock
     Daniel Thornburgh
6    Bobby J. Bradford
     17 East Main Street
7    Pensacola, Florida 32502
     baylstock@awkolaw.com
8    bbradford@awkolaw.com
     dthornburgh@awkolaw.com
9
     SCHLICHTER BOGARD & DENTON
10   Elizabeth M. Wilkins
     Kristine K. Kraft
11   Roger C. Denton
     100 South Fourth Street, Suite 900
12   St. Louis, Missouri 63102

13                     UNITED STATES DISTRICT COURT

14                          DISTRICT OF NEVADA

| | |
|---|---|
| 15  GAYLE KING, | Case No. 2:20-cv-02019-KJD-EJY |
| 16            Plaintiff, | **STIPULATION OF DISMISSAL** |
| 17  vs. | |
| 18  ETHICON, INC.; and JOHNSON & JOHNSON, | |
| 19            Defendants. | |
| 20 | |

21          Plaintiff Gayle King and defendants Ethicon, Inc. and Johnson &

22   Johnson (collectively, the "parties") submit this Joint Stipulation of Dismissal with

23   Prejudice. Plaintiff has reached an agreement with Defendants to resolve all of her

24   claims in this action. Based on the foregoing, the parties respectfully request that the

Court dismiss all pending claims in this case with prejudice, with each party bearing its own attorneys' fees and costs.

Dated: February 7, 2022

WETHERALL GROUP, LTD.

/s/ Bobby J. Bradford
Peter C. Wetherall, No. 4414
9345 W. Sunset Road, Ste. 100
Las Vegas, Nevada 89148

AYLSTOCK WITKIN KREIS & OVERHOLTZ
Bryan Aylstock
Daniel Thornburgh
Bobby J. Bradford
17 East Main Street
Pensacola, Florida 32502

SCHLICHTER BOGARD & DENTON
Elizabeth M. Wilkins
Kristine K. Kraft
Roger C. Denton
100 South Fourth Street, Suite 900
St. Louis, Missouri 63102

Attorneys for Plaintiff Gayle King

KAEMPFER CROWELL

/s/ Robert McCoy
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

BUTLER SNOW LLP
Anita Modak-Truran
150 3rd Avenue South, Suite 1600
Nashville, Tennessee 37201
Attorneys for Defendants Johnson

Attorneys for Defendants Johnson & Johnson and Ethicon, Inc.

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:___February 8, 2022_____